UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
§   20 MDL NO. 2946 (DLC)
IN RE: INCLUSIVE ACCESS COURSE      § 1:20-md-02946-DLC
MATERIALS ANTITRUST LITIGATION      §
§   NICOLE WILLIAMS' MOTION
    FOR ADMISSION PRO HAC
    VICE
-----------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Nicole Williams, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Campus Book Company, Inc., BJJ Corporation, CBSKY, Inc., CBSNM, Inc., and RentText.com, Inc. in the above-captioned action.

I am a member in good standing of the bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. An affidavit in support of this motion is attached hereto as Exhibit A, and a certificate of good standing issued within the past 30 days is attached hereto as Exhibit B.

Dated: August 26, 2020                  Respectfully submitted,

                                        */s/ Nicole Williams*
                                        Nicole Williams
                                        THOMPSON COBURN LLP
                                        1919 McKinney Avenue, Suite 100
                                        Dallas, Texas 75201
                                        Telephone: 972-629-7113
                                        Facsimile: 972-629-7171
                                        nwilliams@thompsoncoburn.com

1

**CERTIFICATE OF SERVICE**

    This is to certify that on the 26th day of August, 2020, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served via electronic filing and/or facsimile in accordance with Local Rule 5.2 to all counsel who are deemed to have consented to electronic service.

                                              */s/ Nicole Williams*_____
                                                Nicole Williams