# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                                §    **20 MDL NO. 2946 (DLC)**
IN RE: INCLUSIVE ACCESS COURSE    §    **1:20-md-02946-DLC**
MATERIALS ANTITRUST LITIGATION   §
                                                §    **AFFIDAVIT IN SUPPORT OF**
                                                      **NICOLE WILLIAMS' MOTION**
                                                      **TO APPEAR PRO HAC VICE**
------------------------------------------------------X

      **NICOLE WILLIAMS, ESQ.**, pursuant to the provisions of 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

      1.    "My name is Nicole Williams. I am over eighteen (18) years of age, am of sound mind, and am fully competent to make this Affidavit. I submit this Affidavit in support of the motion to admit me Pro Hac Vice before the United States District Court for the Southern District of New York to represent Plaintiffs Campus Book Company, Inc., BJJ Corporation, CBSKY, Inc., CBSNM, Inc., and Renttext.com, Inc. in the above-captioned case.

      2.    I am a partner at Thompson Coburn LLP, 1919 McKinney Avenue, Suite 100, Dallas, TX 75201. I am an attorney admitted to practice law in the State of Texas, and I am a member in good standing of the bar of Texas. A true and correct copy of a certificate of good standing issued by the Supreme Court of Texas within the past 30 days is attached to my motion as Exhibit B.

      3.    I have been requested by Plaintiffs Campus Book Company, Inc., BJJ Corporation, CBSKY, Inc., CBSNM, Inc., and Renttext.com, Inc. to represent them in this matter because of my familiarity with the facts and circumstances surrounding this matter and with the applicable law.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court and no discipline has previously been imposed on me in any jurisdiction.

7. I understand that if I am admitted Pro Hac Vice, I will be subject to the disciplinary jurisdiction of the United States District Court for the Southern District of New York.

Dated: 8-26-2020
Dallas, Texas

_____
Nicole Williams

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 26 day of August, 2020.

_____
Richard Gowens
Notary Public in and for the State of Texas

My Commission Expires:

03/10/2021

> RICHARD GOWENS
> Notary Public
> STATE OF TEXAS
> ID#1224644-7
> My Comm. Exp. Mar. 10, 2021

2