**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------X
§   **20 MDL NO. 2946 (DLC)**
IN RE: INCLUSIVE ACCESS COURSE   §   **1:20-md-02946-DLC**
MATERIALS ANTITRUST LITIGATION   §
§   **ORDER FOR ADMISSION PRO**
§   **HAC VICE**
------------------------------------------------X   §

    The motion of Nicole Williams for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

    Applicant has declared that she is a member in good standing of the bar of Texas, and that her contact information is as follows:

> Nicole Williams
> **Thompson Coburn LLP**
> 1919 McKinney Avenue
> Suite 100
> Dallas, Texas 75201
> Tel.: 972-629-7113
> Fax: 972-629-7171
> E-mail: nwilliams@thompsoncoburn.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Campus Book Company, Inc., BJJ Corporation, CBSKY, Inc., CBSNM, Inc., and Renttext.com, Inc. in the above-captioned case;

    **IT IS HEREBY ORDERED** that Nicole Williams is admitted to practice Pro Hac Vice as counsel for Plaintiffs Campus Book Company, Inc., BJJ Corporation, CBSKY, Inc., CBSNM, Inc., and Renttext.com, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____
       New York, New York

                                        _____
                                        Honorable Denise Cote
                                        United States District Judge