UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INCLUSIVE ACCESS COURSE MATERIALS ANTITRUST LITIGATION | MASTER FILE NO. 20 MDL NO. 2946 (DLC) |

This Document relates to:

20cv6314

### NOTICE OF MOTION TO DISMISS STUDENT PLAINTIFFS' SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Please take notice that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Student Plaintiffs' Second Consolidated Amended Class Action Complaint, and the Declaration of Jennifer Quinn-Barabanov and accompanying exhibits, which are being submitted contemporaneously with this Notice of Motion, Defendants Cengage Learning, Inc.; McGraw Hill LLC; Pearson Education, Inc.; Barnes & Noble Education, Inc.; Barnes & Noble College Booksellers, LLC; and Follett Higher Education Group, Inc. will move this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, at a date and time to be set by the Court, for an Order dismissing Student Plaintiffs' Second Consolidated Amended Class Action Complaint, ECF No. 80, on the ground that the plaintiffs have failed to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

| | |
|---|---|
| Dated: January 22, 2021 | Respectfully Submitted, |

*s/ Rachel S. Brass (by consent)*
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8293
rbrass@gibsondunn.com

Adam J. Di Vincenzo
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 887-3704
adivincenzo@gibsondunn.com

*On behalf of Defendants Barnes & Noble College Booksellers, LLC and Barnes & Noble Education, Inc.*

*s/ Craig C. Martin (by consent)*
Craig C. Martin
Matt D. Basil
WILLKIE FARR & GALLAGHER LLP
300 N LaSalle Street
Chicago, IL 60654
Telephone: (312) 728-9000
cmartin@willkie.com
mbasil@willkie.com

*On behalf of Defendant Follett Higher Education Group, Inc.*

*s/ Eric Mahr (by consent)*
Eric Mahr
Andrew J. Ewalt
Richard Snyder
Lauren Kaplin
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
eric.mahr@freshfields.com
andrew.ewalt@freshfields.com
richard.snyder@freshfields.com
lauren.kaplin@freshfields.com

*On behalf of Defendant Cengage Learning, Inc.*

*s/ W. Cavanaugh, Jr. (by consent)*
William F. Cavanaugh, Jr.
Saul B. Shapiro
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
wfcavanaugh@pbwt.com
sbshapiro@pbwt.com
avegari@pbwt.com

*On behalf of Defendant McGraw Hill LLC*

*s/ J. Quinn-Barabanov*
Jennifer Quinn-Barabanov
Zachary B. Schreiber
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

Jquinnbarabanov@steptoe.com
zschreiber@steptoe.com

Michael Dockterman
STEPTOE & JOHNSON LLP
227 W Monroe Street, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 577-1300
mdockterman@steptoe.com

*On behalf of Defendant Pearson Education, Inc.*