**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | |
|---|---|
| IN RE: INCLUSIVE ACCESS COURSE MATERIALS ANTITRUST LITIGATION | 20 MDL NO. 2946 (DLC) |
| | **JUDGMENT** |

-----------------------------------------------------------

This Judgment applies to the following action:

20cv6339.

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 14, 2021, the Defendants' January 22, 2021 motions to dismiss are granted; judgment is entered for the Defendants and the case is closed.

**Dated:**  New York, New York
          June 15, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                                        **BY:** *David J. Thomas* (signature)
                                                _____
                                                **Deputy Clerk**